986 F.2d 1408
 Bowden (Julius)
v.
Nickolopoulos (Louis), New Jersey State Parole Board;
Belverio (Ralph) v. Nickolopoulos (Louis), New Jersey State
Parole Board; Jackson (Washington) v. Nickolopoulos (Louis),
New Jersey State Parole Board; Stanley (Nathaniel) v.
Nickolopoulos (Louis), New Jersey State Parole Board;
Wardlaw (William) v. Nickolopoulos (Louis), New Jersey State
Parole Board; Bynum (David) v. Nickolopoulos (Louis), New
Jersey State Parole Board; Bembry (Johnnie) v.
 NO. 92-5296
 United States Court of Appeals,
Third Circuit.
 Jan 11, 1993
 
 Appeal From: D.N.J.,
 Bassler, J.
 
 
 1
 AFFIRMED.